# IN THE SUPREME COURT OF THE STATE OF NEVADA

COMMUNICATIONS LEASING
CORPORATION, A/K/A DATAMATIC,
INC., A TEXAS CORPORATION,
                        Appellant,
vs.
LAS VEGAS VALLEY WATER
DISTRICT,
                        Respondent.

No. 79493

FILED

MAY 19 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____ Pickering, C.J.

cc:   Hon. Kenneth C. Cory, District Judge
      Janet Trost, Settlement Judge
      Law Office of Timothy P. Thomas, LLC
      Santoro Whitmire
      Communications Leasing Corporation
      Eighth District Court Clerk

---

[1]Timothy P. Thomas and the Law Office of Timothy P. Thomas, LLC's motion to withdraw as counsel for appellant is granted.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-19059